1  Veronica T. Hunter (SBN 259859)
2  JACKSON LEWIS P.C.
   93 Red River Street, Suite 1150
3  Austin, Texas 78701
   Telephone: (512) 362-7100
4  Facsimile:  (512) 362-5574
   Veronica.Hunter@jacksonlewis.com
5
6  Attorneys for Defendant
   MANAGEMENT & TRAINING CORPORATION
7
8
9                    UNITED STATES DISTRICT COURT
10                   SOUTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| LLOYD RODRIGUEZ,<br><br>         Plaintiff,<br><br>    vs.<br><br>MANAGEMENT & TRAINING CORPORATION, a Delaware corporation; and DOES 1 to 50, inclusive,<br><br>         Defendants. | CASE NO. '24CV1782 WQHDDL<br><br>**DECLARATION OF BRANDI HALEY IN SUPPORT OF DEFENDANT MANAGEMENT & TRAINING CORPORATION'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1391(b), 1441(a) and (b) AND 1446**<br><br>[Imperial Superior Court Case No. ECU003495]<br><br>Action Filed:    April 22, 2024<br>Date Removed:  October 4, 2024 |

### DECLARATION OF BRANDI HALEY

I, Brandi Haley, hereby declare as follows:

1. My name is Brandi Haley. I am over 21 years of age, of sound mind, capable of executing this Declaration, and have personal knowledge of the facts stated herein, which are all true and correct.

2. I am employed by Defendant Management & Training Corporation as Human

---

1

Case No.                                          Declaration of Brandi Haley

1 | Resource Manager.

2 | 3. Defendant is a corporation organized under the state of Delaware with its
3 | principal place of business in Centerville, Utah.

4 | 4. Plaintiff Lloyd Rodriguez was formerly a full-time employee at Defendant's
5 | Imperial County, California worksite. Plaintiff worked a regular schedule of 40 hours per
6 | week at a regular rate of pay of $29.73.

7 | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of
8 | the United States of America that the foregoing is true and correct.

9 | Executed on __10/3/2024__.

10
11 | *Brandi Haley*
       Brandi Haley
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28