Veronica T. Hunter (SBN 259859)
JACKSON LEWIS P.C.
93 Red River Street, Suite 1150
Austin, Texas 78701
Telephone: (512) 362-7100
Facsimile:  (512) 362-5574
Veronica.Hunter@jacksonlewis.com

Attorneys for Defendant
MANAGEMENT & TRAINING CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD RODRIGUEZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>MANAGEMENT & TRAINING CORPORATION, a Delaware corporation; and DOES 1 to 50, inclusive,<br><br>          Defendants. | **CASE NO.** '24CV1782 WQHDDL<br><br>**DECLARATION OF VERONICA T. HUNTER IN SUPPORT OF DEFENDANT MANAGEMENT & TRAINING CORPORATION'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1391(b), 1441(a) and (b) AND 1446**<br><br>[Imperial Superior Court<br>Case No. ECU003495]<br><br>Action Filed:    April 22, 2024<br>Date Removed:  October 4, 2024 |

## DECLARATION OF VERONICA T. HUNTER

I, Veronica T. Hunter, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to appear before this Court. I am a principal of the law firm of Jackson Lewis P.C., attorneys of record in this matter for Defendant Management & Training Corporation ("Defendant"). I have personal knowledge of the matters stated herein, and

if called to testify as to these matters, I could and would do so competently. I submit this declaration in support of Defendant Management & Training Corporation's Notice of Removal concerning Plaintiff Lloyd Rodriguez ("Plaintiff") Complaint filed in the Superior Court of the State of California for the County of Imperial, Case Number ECU003495 (the "Complaint").

2. Attached hereto as **Exhibit "A"** are true and correct copies of the Complaint, Summons, and Civil Case Cover Sheet that Plaintiff filed in the Superior Court of the State of California, County of Imperial, on April 22, 2024. These documents were served on Defendant Management & Training Corporation's registered agent, CT Corporation System in Glendale, California, by personal service on September 4, 2024 and forwarded to me by Defendant via electronic mail.

3. Attached hereto as **Exhibit "B"** is the Notice of Case Management Conference filed in the Superior Court of the State of California, County of Imperial, on April 24, 2024.

4. Attached hereto as **Exhibit "C"** is a copy of the Proof of Service of Summons which Plaintiff filed in the Superior Court of the State of California, County of Imperial, on September 4, 2024.

5. To the best of my knowledge and based on information and belief, **Exhibits "A" - C"** constitute all of the process, pleadings, and orders filed in state court and served upon Defendant in connection with this matter.

6. I am not aware of any individual or entity being substituted in as a Doe defendant in the state court action.

I declare under penalty of perjury, under the laws of the United States of America, California, and Texas that the foregoing is true and correct, and that this declaration is executed this 4th day of October 2024 in Austin, Texas.

/s/ Veronica T. Hunter
Veronica T. Hunter