# EXHIBIT A

Assigned for All Purposes Including Trial To: L. Brooks Anderholt

1
2
3
4
5
Louis Benowitz (SBN 262300)
Louis@BenowitzLaw.com
BENOWITZ LAW CORPORATION
8605 Santa Monica Boulevard
PMB 79183
West Hollywood, California 90069
Telephone: (818) 839-9610

**ELECTRONICALLY FILED**
Superior Court of California,
County of Imperial
**04/22/2024 at 05:58:25 PM**
By: Marissa Moran, Deputy Clerk

6
Attorneys for Plaintiff
LLOYD RODRIGUEZ

7

8   ## SUPERIOR COURT OF THE STATE OF CALIFORNIA

9   ## FOR THE COUNTY OF IMPERIAL

10
11
12
LLOYD RODRIGUEZ,

      Plaintiff,

      vs.

13
14
15
16
MANAGEMENT & TRAINING
CORPORATION, a Delaware corporation; and
DOES 1–50, inclusive,

      Defendants.

Case No. ECU003495

**COMPLAINT FOR:**

1.  Unlawful Harassment in Violation of
    the FEHA (Gov. Code § 12900 *et seq.*);
2.  Unlawful Discrimination in Violation of
    FEHA (Gov. Code § 12900 *et seq.*)
3.  Unlawful Retaliation in Violation of
    FEHA (Gov. Code § 12900 *et seq.*);
4.  Failure to Prevent and Remedy
    Unlawful Harassment, Discrimination
    and Retaliation (Gov. Code
    § 12940(j)(1) & (k)); and
5.  Wrongful Termination in Violation of
    Public Policy.

**JURY TRIAL DEMANDED**

17
18
19
20
21
22
23
24
25
26
27
28

1    Plaintiff Lloyd Rodriguez ("Plaintiff" or "Mr. Rodriguez") alleges upon personal
2    knowledge and/or upon information and belief as follows:

3    **PRELIMINARY STATEMENT**

4    1.    This action is brought by Plaintiff Thomas Novak for damages to redress Defendant
5    Rumble Fabrication, Inc's ("Defendant") unlawful employment practices, including Defendant's
6    unlawful national origin discrimination and retaliation against Plaintiff, and illegal termination of
7    Plaintiff's employment.

8    2.    Defendant's conduct was knowing, malicious, willful and wanton and/or showed a
9    reckless disregard for Plaintiff, which has caused and continues to cause Plaintiff to suffer
10   substantial economic and non-economic damages, permanent harms to her professional and
11   personal reputations, and severe mental anguish and emotional distress.

12   **PARTIES**

13   3.    Plaintiff Lloyd Rodriguez is an individual who, at relevant times, was employed by
14   Defendant in Imperial County, California. At all relevant times, Plaintiff met the definition of an
15   "employee" of the Defendant under all applicable statutes.

16   4.    Defendant Management & Training Corporation is a corporation organized under
17   the laws of the State of Delaware with a place of business located in Imperial County, California.
18   Rumble Fabrication, Inc. met the definition of Plaintiff's "employer" under all applicable statutes.

19   5.    Plaintiff is ignorant of the true names, capacities, relationships, and extent of
20   participation in the conduct alleged herein, of the defendants sued as Does 1–50, inclusive, but is
21   informed and believes and thereon alleges that said defendants are legally responsible for the
22   wrongful conduct alleged herein and therefore sues these defendants by such fictitious names.

23   6.    Plaintiff is informed and believes and thereon alleges that each of the Defendant
24   acted in all respects pertinent to this action as the agent or employee of the other Defendant, carried
25   out a joint scheme, business plan, or policy in all respects hereto, and therefore the acts of each of
26   the Defendant are legally attributable to the other defendants.

27   7.    Plaintiff will amend this Complaint to allege the true names and capacities of the
28   Doe Defendants when ascertained.

## JURISDICTION AND VENUE

8.      Jurisdiction is conferred on this Court because Defendant named herein is a resident of the State of California and/or conducts business in the State of California. Jurisdiction is conferred on this Court as to all causes of action because they arise under state statutory or common law.

9.      Venue is proper in this Court because Defendant resides in this County, or conducts business herein, and maintains records relevant to Plaintiff's claims herein, and because a substantial part of the events and omissions giving rise to Plaintiff's claims occurred in this County.

10.      Plaintiff has exhausted her administrative remedies by timely filing a request for a Right-to-Sue notice from the California Civil Rights Department, a true and correct copy of which is attached to this Complaint as Exhibit A.

## FACTUAL ALLEGATIONS

11.      Plaintiff worked for Defendants as an hourly employee from approximately September 2014 until on or around April 21, 2020.

12.      During his employment with Defendants, Plaintiff was one of very few Puerto Rican employees. On numerous occasions during his employment, Plaintiff's coworkers ridiculed him for, among other things, for being Puerto Rican, for being a US Navy Veteran, and not being fluent in Spanish.

13.      On or around August 2, 2019, Plaintiff complained in writing to Defendants about the discrimination he experienced at work, as well as sexual harassment against another employee, which prompted Defendants to undertake an investigation of his allegations.

14.      In February 2020, Plaintiff was falsely accused of making derogatory comments to a patient he was transporting for Defendants' work purposes. Defendants ultimately used this incident as a pretext for terminating Plaintiff's employment because of his past complaints of discrimination and other protected activities.

///

///

///

COMPLAINT

**FIRST CAUSE OF ACTION**

**Unlawful Harassment Violation of the California Fair Employment and Housing Act**

**(Gov. Code § 12900 *et seq.*)**

**(By Plaintiff Against All Defendants)**

15.     Plaintiff incorporates each of the preceding paragraphs of this Complaint by reference as if fully set forth herein.

16.     The Fair Employment and Housing Act prohibits an employer or any person from harassing an employee, applicant, unpaid intern or volunteer, or a person providing services pursuant to a contract, because of his or her age.

17.     At all times, herein relevant, Defendants, and each of them, were and all employers, supervisory employees and/or employees subject the provisions of FEHA. At all times herein relevant, Plaintiff was and is an employee subject to the protections of FEHA.

18.     By their conduct and actions as alleged above, these Defendants, and each of them, continually and consistently harassed, assaulted, abused, threatened, and abused Plaintiff because of his age and disability, and continually and repeatedly harassed, abused, threatened, and subjected Plaintiff to a hostile, abusive, unwanted, and intolerable work environment.

19.     Defendants, and each of them, are strictly liable under the FEHA for engaging in the above-mentioned conduct because Defendants' employees engaged in the above referenced conduct. In addition, Defendants were and are aware of their employees' above referenced conduct, and failed to take immediate, appropriate, or proper corrective action.

20.     As a direct and proximate result of Defendants' conduct, Plaintiff has suffered special damages in the form of lost earnings, benefits, and/out of pocket expenses in the amount according to proof at the time of trial. As a further direct and proximate result of these Defendants' conduct, Plaintiff will suffer additional special damages in the form of lost earnings, benefits, and/or other prospective damages in an amount according to proof at time of trial.

21.     As further direct and proximate result of these Defendants' conduct, Plaintiff has suffered mental and emotional pain, distress, and discomfort, all to his detriment, and damage in

amounts not fully ascertained but within the jurisdiction of this court and subject to proof at time of trial.

22.     In committing the foregoing acts, Defendants has been guilty of oppression, fraud, and/or malice under California Civil Code section 3294, thereby entitling Plaintiff to punitive damages in sum appropriate to punish the foregoing Defendants.

23.     The act of oppression, fraud, and/or malice were engaged by employees of Defendants. Defendants had advance knowledge of the unfitness of each employee who acted with oppression, fraud, and/or malice, and/or authorized or ratified the wrongful conduct for which an award of punitive damages is sought and/or was personally guilty of oppression, fraud, and/or malice. The advance knowledge and conscious disregard, authorization, ratification, or act of oppression, fraud, and/or malice was committed by or on part of an officer, director, or managing agent of Defendants, thereby entitling Plaintiff to punitive and exemplary damages against Defendants in accordance with California Civil Code section 3294 in a sum appropriate to punish Defendants.

24.     FEHA provides for an award of reasonable attorneys' fees and costs incurred by a prevailing plaintiff in an action brought under its provisions. Plaintiff has employed and will continue to employ attorneys for the initiation and prosecution of this action. Plaintiff has incurred and will continue to incur attorneys' fees and costs herein. Plaintiff is entitled to attorneys' fees and costs.

25.     Plaintiff has been generally damaged within the jurisdictional limits of this Court.

## SECOND CAUSE OF ACTION

**Unlawful Discrimination in Violation of the California Fair Employment and Housing Act**

**(Gov. Code § 12900 *et seq.*)**

**(By Plaintiff Against All Defendants)**

26.     Plaintiff hereby repeats and realleges each and every allegation in the preceding paragraphs as if fully set forth herein.

27.    The Fair Employment and Housing Act prohibits an employer or any person from harassing an employee, applicant, unpaid intern or volunteer, or a person providing services pursuant to a contract, because of ancestry, military veteran status, or national origin.

28.    At all times, herein relevant, Defendants, and each of them, were and all employers, supervisory employees and/or employees subject to the provisions of FEHA. At all times herein relevant, Plaintiff was and is an employee subject to the protections of FEHA.

29.    By their conduct and actions as alleged above, these Defendants, and each of them, harassed, threatened, and abused Plaintiff because of his national origin, and subjected Plaintiff to a hostile, abusive, unwanted, and intolerable work environment.

30.    Defendants, and each of them, are strictly liable under the FEHA for engaging in the above-mentioned conduct because Defendants' employees engaged in the above referenced conduct. In addition, Defendants were and are aware of their employees' above referenced conduct, and failed to take immediate, appropriate, or proper corrective action.

31.    As a direct and proximate result of Defendants' conduct, Plaintiff has suffered special damages in the form of lost earnings, benefits, and/or out of pocket expenses in the amount according to proof at the time of trial. As a further direct and proximate result of these Defendants' conduct, Plaintiff will suffer additional special damages in the form of lost earnings, benefits, and/or other prospective damages in an amount according to proof at time of trial.

32.    As further direct and proximate result of these Defendants' conduct, Plaintiff has suffered mental and emotional pain, distress, and discomfort, all to his detriment, and damage in amounts not fully ascertained but within the jurisdiction of this court and subject to proof at time of trial.

33.    In committing the foregoing acts, Defendants has been guilty of oppression, fraud, and/or malice under California Civil Code section 3294, thereby entitling Plaintiff to punitive damages in sum appropriate to punish the foregoing Defendants.

34.    The act of oppression, fraud, and/or malice were engaged by employees of Defendants. Defendants had advance knowledge of the unfitness of each employee who acted with oppression, fraud, and/or malice, and/or authorized or ratified the wrongful conduct for which an

award of punitive damages is sought and/or was personally guilty of oppression, fraud, and/or malice. The advance knowledge and conscious disregard, authorization, ratification, or act of oppression, fraud, and/or malice was committed by or on part of an officer, director, or managing agent of Defendants, thereby entitling Plaintiff to punitive and exemplary damages against Defendants in accordance with California Civil Code section 3294 in a sum appropriate to punish Defendants.

35.     FEHA provides for an award of reasonable attorneys' fees and costs incurred by a prevailing plaintiff in an action brought under its provisions. Plaintiff has employed and will continue to employ attorneys for the initiation and prosecution of this action. Plaintiff has incurred and will continue to incur attorneys' fees and costs herein. Plaintiff is entitled to attorneys' fees and costs.

36.     Plaintiff has been generally damaged within the jurisdictional limits of this Court.

## THIRD CAUSE OF ACTION

**Unlawful Retaliation in Violation of the California Fair Employment and Housing Act**

**(Gov. Code § 12900 *et seq.*)**

**(By Plaintiff Against All Defendants)**

37.     Plaintiff hereby repeats and realleges each and every allegation in the preceding paragraphs as if fully set forth herein.

38.     Defendants retaliated against Plaintiff for his complaints of the harassment and retaliation in violation of the FEHA through numerous illegal acts, including, without limitation, those set forth in Paragraphs 11-14 of this Complaint.

39.     As a proximate result of Defendants' conduct, Plaintiff has suffered and will continue to suffer damages in terms of lost wages, lost bonuses, lost benefits, and other pecuniary loss according to proof. Plaintiff has also suffered and will continue to suffer physical and emotional injuries, including nervousness, humiliation, depression, anguish, embarrassment, fright, shock, pain, discomfort, fatigue, and anxiety. The amount of Plaintiff's damages will be ascertained at trial.

40.     In committing the foregoing acts, Defendants has been guilty of oppression, fraud,

and/or malice under California Civil Code section 3294, thereby entitling Plaintiff to punitive damages in sum appropriate to punish the foregoing Defendants.

41.     The act of oppression, fraud, and/or malice were engaged by employees of Defendants. Defendants had advance knowledge of the unfitness of each employee who acted with oppression, fraud, and/or malice, and/or authorized or ratified the wrongful conduct for which an award of punitive damages is sought and/or was personally guilty of oppression, fraud, and/or malice. The advance knowledge and conscious disregard, authorization, ratification, or act of oppression, fraud, and/or malice was committed by or on part of an officer, director, or managing agent of Defendants, thereby entitling Plaintiff to punitive and exemplary damages against Defendants in accordance with California Civil Code section 3294 in a sum appropriate to punish Defendants.

42.     FEHA provides for an award of reasonable attorneys' fees and costs incurred by a prevailing plaintiff in an action brought under its provisions. Plaintiff has employed and will continue to employ attorneys for the initiation and prosecution of this action. Plaintiff has incurred and will continue to incur attorneys' fees and costs herein. Plaintiff is entitled to attorneys' fees and costs.

43.     Plaintiff has been generally damaged within the jurisdictional limits of this Court.

**FOURTH CAUSE OF ACTION**

**Failure To Prevent, Investigate, and Remedy Unlawful Harassment, Discrimination, and Retaliation**

**(Gov. Code §§ 12940(j)(1) & (k))**

**(By Plaintiff Against Defendant and DOES 1 through 50)**

44.     Plaintiff hereby repeats and realleges each and every allegation in the preceding paragraphs as if fully set forth herein.

45.     California Government Code Section 12940(k) makes it an unlawful employment practice for an employer to "fail to take all reasonable steps necessary to prevent discrimination and harassment from occurring." Defendants, and each of them, violated this provision including, but not limited to, by ignoring retaliation based on disability; allowing said discrimination and/or

COMPLAINT

retaliation to continue; failing to discipline and stop said discrimination and/or retaliation; failing to enforce anti-discrimination policies and/or procedures; and/or failing to appropriately investigate Plaintiff's and/or others' complaints of discrimination and/or retaliation. Defendants also failed to comply with California State Law AB1825, which requires Defendants to provide harassment training for supervisors.

46.    As a proximate result of Defendants' conduct, Plaintiff has suffered and will continue to suffer damages in terms of lost wages, lost bonuses, lost benefits, and other pecuniary loss according to proof. Plaintiff has also suffered and will continue to suffer physical and emotional injuries, including nervousness, humiliation, depression, anguish, embarrassment, fright, shock, pain, discomfort, fatigue, and anxiety. The amount of Plaintiff's damages will be ascertained at trial.

47.    In committing the foregoing acts, Defendants has been guilty of oppression, fraud, and/or malice under California Civil Code section 3294, thereby entitling Plaintiff to punitive damages in sum appropriate to punish the foregoing Defendants.

48.    The act of oppression, fraud, and/or malice were engaged by employees of Defendants. Defendants had advance knowledge of the unfitness of each employee who acted with oppression, fraud, and/or malice, and/or authorized or ratified the wrongful conduct for which an award of punitive damages is sought and/or was personally guilty of oppression, fraud, and/or malice. The advance knowledge and conscious disregard, authorization, ratification, or act of oppression, fraud, and/or malice was committed by or on part of an officer, director, or managing agent of Defendants, thereby entitling Plaintiff to punitive and exemplary damages against Defendants in accordance with California Civil Code section 3294 in a sum appropriate to punish Defendants.

49.    FEHA provides for an award of reasonable attorneys' fees and costs incurred by a prevailing plaintiff in an action brought under its provisions. Plaintiff has employed and will continue to employ attorneys for the initiation and prosecution of this action. Plaintiff has incurred and will continue to incur attorneys' fees and costs herein. Plaintiff is entitled to attorneys' fees and costs.

50.     Plaintiff has been generally damaged within the jurisdictional limits of this Court.

## FIFTH CAUSE OF ACTION

### Wrongful Termination in Violation of Public Policy

### (By Plaintiff Against Defendant and DOES 1 through 50)

51.     Plaintiff realleges and incorporates herein those matters contained in all preceding paragraphs as if fully alleged herein.

52.     Defendant terminated Plaintiff's employment in violation of various fundamental public policies underlying state laws as set forth herein.

53.     As a proximate result of Defendant's wrongful termination of Plaintiffs' employment and violation of fundamental public policies, Plaintiff has suffered and continues to suffer humiliation, emotional distress, and mental and physical pain and anguish, all to her damage in a sum according to proof.

54.     As a result of Defendant's wrongful termination of Plaintiffs' employment, Plaintiff has suffered general and special damages in sums according to proof.

55.     Plaintiff has incurred and continues to incur legal expenses and attorneys' fees. Pursuant to California Government Code 12940 et seq., Plaintiff is entitled to recover reasonable attorneys' fees and costs in an amount according to proof.

56.     Defendant's misconduct was committed intentionally, in a malicious, fraudulent, despicable, and/or oppressive manner, and this entitles Plaintiff to punitive damages against Defendant.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court enter judgment in his favor and against Defendant, containing the following relief:

A.     An award of damages, in a sum in excess of the jurisdictional minimum of the Superior Court, to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all monetary and/or economic harm, including, but not limited to, the loss of past and future income, wages, compensation, and other benefits of employment;

B.     An award of damages, in a sum in excess of the jurisdictional minimum of the

COMPLAINT

Superior Court, to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all non-monetary and compensatory harm, including, but not limited to, compensation for her depression, humiliation, embarrassment, stress and anxiety, loss of self-esteem and self-confidence, and emotional pain and suffering;

C.     An award of damages for any and all other monetary and/or non-monetary losses suffered by Plaintiff in an amount to be determined at trial, plus prejudgment interest;

D.     An award of punitive damages;

E.     An award of costs that Plaintiff has incurring in this action, as well as Plaintiff's reasonable attorneys' fees and costs of prosecuting this action to the fullest extent permitted by law; and

F.     Such other and further relief as the Court may deem just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury on all issues of fact and damages stated herein.

Respectfully submitted,

BENOWITZ LAW CORPORATION

Dated:  April 22, 2024         BY _____

LOUIS BENOWITZ
Attorneys for Plaintiff
LLOYD RODRIGUEZ

10

COMPLAINT

# EXHIBIT A



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                    GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

**Civil Rights Department**

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

April 21, 2023

Louis Benowitz
8605 Santa Monica Blvd, PMB 79183
West Hollywood, CA 90069

RE:    **Notice to Complainant's Attorney**
CRD Matter Number: 202304-20412221
Right to Sue: Rodriguez / Management & Training Corporation, a Delaware
corporation

Dear Louis Benowitz:

Attached is a copy of your complaint of discrimination filed with the Civil Rights
Department (CRD) pursuant to the California Fair Employment and Housing Act,
Government Code section 12900 et seq. Also attached is a copy of your Notice of Case
Closure and Right to Sue.

**Pursuant to Government Code section 12962, CRD will not serve these
documents on the employer.** You must serve the complaint separately, to all named
respondents. Please refer to the attached Notice of Case Closure and Right to Sue for
information regarding filing a private lawsuit in the State of California. A courtesy "Notice
of Filing of Discrimination Complaint" is attached for your convenience.

Be advised that the CRD does not review or edit the complaint form to ensure that it
meets procedural or statutory requirements.

Sincerely,

Civil Rights Department

CRD - ENF 80 RS (Revised 02/23)



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                    GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

**Civil Rights Department**

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

April 21, 2023

RE:    **Notice of Filing of Discrimination Complaint**
        CRD Matter Number: 202304-20412221
        Right to Sue: Rodriguez / Management & Training Corporation, a Delaware
        corporation

To All Respondent(s):

Enclosed is a copy of a complaint of discrimination that has been filed with the Civil
Rights Department (CRD) in accordance with Government Code section 12960. This
constitutes service of the complaint pursuant to Government Code section 12962. The
complainant has requested an authorization to file a lawsuit. A copy of the Notice of
Case Closure and Right to Sue is enclosed for your records.

Please refer to the attached complaint for a list of all respondent(s) and their
contact information.

No response to CRD is requested or required.

Sincerely,

Civil Rights Department

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

## Civil Rights Department

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

April 21, 2023

Lloyd Rodriguez
1330 Ramona CT
Imperial, California 92251

RE:     **Notice of Case Closure and Right to Sue**
CRD Matter Number: 202304-20412221
Right to Sue: Rodriguez / Management & Training Corporation, a Delaware corporation

Dear Lloyd Rodriguez:

This letter informs you that the above-referenced complaint filed with the Civil Rights Department (CRD) has been closed effective April 21, 2023 because an immediate Right to Sue notice was requested.

This letter is also your Right to Sue notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

To obtain a federal Right to Sue notice, you must contact the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this CRD Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

Sincerely,

Civil Rights Department

CRD - ENF 80 RS (Revised 02/23)

1
2
3

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**
**BEFORE THE STATE OF CALIFORNIA**
**Civil Rights Department**
**Under the California Fair Employment and Housing Act**
**(Gov. Code, § 12900 et seq.)**

4

**In the Matter of the Complaint of**

5

Lloyd Rodriguez                                              CRD No. 202304-20412221

6

                              Complainant,

7

vs.

8

Management & Training Corporation, a Delaware
corporation

9

500 N Marketplace Drive
Centerville, UT 84014

10

                              Respondents

11

_____

12

13
14

**1.** Respondent **Management & Training Corporation, a Delaware corporation** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

15

16

**2.** Complainant **Lloyd Rodriguez**, resides in the City of **Imperial,** State of **California.**

17
18

**3.** Complainant alleges that on or about **April 21, 2020**, respondent took the following adverse actions:

19
20
21

**Complainant was harassed** because of complainant's ancestry, national origin (includes language restrictions), color, military and veteran status, family care and medical leave (cfra) related to serious health condition of employee or family member, child bonding, or military exigencies, race (includes hairstyle and hair texture).

22
23
24

**Complainant was discriminated against** because of complainant's ancestry, national origin (includes language restrictions), color, military and veteran status, family care and medical leave (cfra) related to serious health condition of employee or family member, child bonding, or military exigencies, race (includes hairstyle and hair texture) and as a result of the discrimination was terminated, reprimanded, demoted, denied any employment benefit or privilege, denied work opportunities or assignments, denied or forced to transfer.

25

26

-1-

27

Date Filed: April 21, 2023

28

CRD-ENF 80 RS (Revised 12/22)

**Complainant experienced retaliation** because complainant reported or resisted any form of discrimination or harassment, participated as a witness in a discrimination or harassment complaint, requested or used family care and medical leave (cfra) related to serious health condition of employee or family member, child bonding, or military exigencies and as a result was terminated, denied work opportunities or assignments.

**Additional Complaint Details:** FMLA for my daughter was not an issue at work until after I reported to work the harassment and discrimination that I was receiving at work. HR would allow the state and myself time to verify my paperwork for FMLA time off from work but afterwards of my complaints would write up disciplinary reports against me when the state took too long to clear my time off.

I would get harassed at work from other service members of other military branches like the Army and Marine Corp that the US Navy wasn't a real military branch or a manly service. I was told that it was a gay military service a couple of times. They called the Navy the "YMCA Military".

I was one of two Puerto Rican among hundreds of employees at the company. the other employee was also wrongfully terminated to giving a client a meal bar to eat in the middle of the night when food was not available to them. This was allowed in the past by a prior Deputy Warden for other employees but not the other Puerto Rican employee. I was told many time that Why I am not in New York or Puerto Rico? Why I am in the Valley? I was always told that I am the way that I am because I am Puerto Rican. I have been Called a Rat Rican when I complained about the harassment that was being told to me by other employees to my HR and 3 Wardens and 2 of those wardens left the facility shortly after I showed the statement of other employees who verify the racial harassment.

The company made up many false reports that I proved were false by employees who were fired, force to retire or fired for having relationship with prison inmates or making false reports at the prison from the local prison, All this was done by the company Chief of Security who was aware of these terminations and hired and promoted these employees. At the job I reported some of these employees continue to make false reports against me and other and the officers were known to be sleeping with a weapon in uniform on a hospital detail while guarding detainees at a hospital. The officer kept their job after doing this 6 times that I am aware of and reported.

I was removed as a transportation officer because my supervisor made up a false report to have me removed as a transportation officer and have her girlfriend's brother given my job as a transportation officer. the person who help make the false report was living in Tiajuana according to social media and was hired to the company weeks later. According to I.C.E. policies employees are required to live in the U.S. the day that I reported this to the senior officer on duty I was fired that day.

I was denied work opportunity many times. I was scheduled to driving detail that I make more money on and those details were given to other employees when it was my time. The

-2-
*Complaint – CRD No. 202304-20412221*

Date Filed: April 21, 2023

CRD-ENF 80 RS (Revised 12/22)

staff would falsify that I went on driving detail that I didn't go to and give those details to other officers who were assigned duties that keep them physically on the facility. this was done to have me earn less money and make me feel unwanted. this was told to me many times and I reported this to my HR office.

I also reported to my supervisor, HR and logged into the medical log book that the company during Covid 19 work policy that was on the company's post orders required us to wear mask and wear protective equipment for us and the detainees who were Covid-19 positive or were with Covid-19 positive detainee were to wearing equipment and medical refused to give the detainee or myself medical protective equipment like gloves and mask. after I reported the concern, I was removed from my post. all of this has been recorded in the medical logbook in segregated medical. Later we were given a blue mask that would only be exchanged once per week even if the mask had holes in them with wear and tears.

I also reported seeing my supervisor sexually harassing other officer.

I have reported that for over 5 years the company was not complying with BSIS uniform requirements when carrying a weapon, condition of our buses being repaired by employees who were not certified to repair buses and buses were catching on fire, tires blowing out when we reported that tires are not safe to drive. OSHA issues when we are using a bullet proof vest for hours in 100+ degree weather and giving that sweaty vest to another person without washing it. There is much more issues like the officer handling weapons yelling screaming at officer after returning a gun then that officer grabs the gun to intimate others and say offensive things about us or our kids. I reported this to my HR, Warden and Supervisor.

I believe that I was terminated because I am Puerto Rican, because I complained about being discriminated against because I am Puerto Rican, and because I acted as a witness to another employee's sexual harassment allegation.

-3-

*Complaint – CRD No. 202304-20412221*

Date Filed: April 21, 2023

CRD-ENF 80 RS (Revised 12/22)

VERIFICATION

I, **Lloyd Rodriguez**, am the **Complainant** in the above-entitled complaint. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

On April 21, 2023, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Imperial, CA**

-4-

*Complaint – CRD No. 202304-20412221*

Date Filed: April 21, 2023

CRD-ENF 80 RS (Revised 12/22)

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of Imperial
**04/22/2024 at 05:58:25 PM**
By: Marissa Moran, Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
MANAGEMENT & TRAINING CORPORATION, a Delaware corporation; and DOES 1–50, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
LLOYD RODRIGUEZ,

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):* Imperial County Superior Court
El Centro Courthouse, 939 West Main Street, El Centro, CA 92243

**CASE NUMBER:**
*(Número del Caso):*
ECU003495

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Louis Benowitz, Benowitz Law Corporation, 8605 Santa Monica Boulevard, PMB 79183, West Hollywood, CA 90069, (818) 839-9610

DATE: 04-22-2024                    Maria Rhinehart        Clerk, by _____ Marissa Moran , Deputy
*(Fecha)*                                                  *(Secretario)*                                        *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
    under: ☐ CCP 416.10 (corporation)              ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)       ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**For your protection and privacy, please press the Clear This Form button after you have printed the form**

Print this form        Save this form        Clear this form

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Louis Benowitz (SBN 262300) / Benowitz Law Corporation<br>8605 Santa Monica Boulevard, PMB 79183, West Hollywood, CA 90069<br><br>TELEPHONE NO.: (818) 839-9610    FAX NO.: (818) 839-9610<br>EMAIL ADDRESS: Louis@BenowitzLaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff Lloyd Rodriguez | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Imperial<br>**04/22/2024 at 05:58:25 PM**<br>By: Marissa Moran, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF IMPERIAL
 STREET ADDRESS: 939 West Main Street
 MAILING ADDRESS: 939 West Main Street
 CITY AND ZIP CODE: El Centro, CA 92243
 BRANCH NAME: El Centro Courthouse

CASE NAME:
Lloyd Rodriguez vs. Management & Training Corporation, et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: ECU003495 |
|---|---|---|
| [x] Unlimited    [ ] Limited<br>(Amount demanded exceeds $35,000)    (Amount demanded is $35,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE: L. Brooks Anderholt<br>DEPT.: 9 |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [x] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [x] monetary  b. [x] nonmonetary; declaratory or injunctive relief  c. [x] punitive
4. Number of causes of action *(specify)*: Five (5)
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: April 22, 2024

Louis Benowitz
(TYPE OR PRINT NAME)                              ▶        *Louis Benowitz*
                                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only. Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**For your protection and privacy, please press the Clear**