# EXHIBIT B

**SUPERIOR COURT OF CALIFORNIA
COUNTY OF IMPERIAL**
939 Main Street
El Centro, California 92243

FILED
Superior Court of California,
County of Imperial
04/24/2024 at 09:12:22 AM
By: Marissa Moran, Deputy Clerk

| | | |
|---|---|---|
| **Lloyd Rodriguez**<br>　　　Plaintiff/Petitioner,<br><br>vs.<br><br>**Management & Training Corporation, a Delaware corporation**<br>　　　Defendant/Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. ECU003495<br><br>**Notice of:**<br><br>**Case Management Conference** |

Assigned For All Purposes Including Trial To: L. Brooks Anderholt

**TO ALL PARTIES AND/OR ATTORNEYS OF RECORD:**

1. Notice is given that a **CASE MANAGEMENT CONFERENCE** has been scheduled as follows:
   **Case Management Conference: October 21, 2024 at 8:30 AM in El Centro Dept. 9.**
2. You must file and serve a completed Case Management Conference Statement at least fifteen (15) days before the case management conference.
3. You must be familiar with the case and be fully prepared to participate effectively in the case management conference.
4. At the case management conference the court may make pretrial orders, including the following:
   a) An order establishing a discovery schedule.
   b) An order referring the case to arbitration.
   c) An order dismissing fictitious defendants.
   d) An order scheduling exchange of expert witness information.
   e) An order setting subsequent conferences and the trial date.
   f) Other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code § 68600 et seq.).
5. Parties wishing to appear remotely must comply with CRC 3.672 and register online at https://imperial.courts.ca.gov/
6. **SANCTIONS:** If you do not file the Case Management Conference Statement required by CRC 3.725, or attend the case management conference or participate effectively in the conference, the Court may impose sanctions (including dismissal of the case, striking of the answer, and payment of money).

Date: 04/24/2024                        Maria Rhinehart, Court Executive Officer

　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　M. Moran Deputy Clerk

## Declaration of Mailing

State of California, County of Imperial

I, the undersigned, certify under penalty of perjury, that I am a Deputy Clerk of the above entitled Court and not a party to the within action; that I emailed a true and correct copy on 04/24/2024 of the attached Case Management Conference to each of the persons listed below.

Names and Email Address of Person(s) Served:

**LOUIS BENOWITZ**
louis@benowitzlaw.com

Date: 04/24/2024              Maria Rhinehart, Court Executive Officer

By: ___/s/ M. Moran___

_M.Moran_, Deputy Clerk