# EXHIBIT C

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Louis Benowitz SBN 262300<br>Benowitz Law Corporation<br>8605 Santa Monica Blvd PMB 79183<br>West Hollywood, CA 90069<br>TELEPHONE NO.: (818) 839-9610   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): louis@benowitzlaw.com<br>ATTORNEY FOR (Name):   Plaintiff | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Imperial<br>09/04/2024 at 04:22:39 PM<br>By: Angela Jantz, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF IMPERIAL - CENTRAL (EFILING)**
STREET ADDRESS: 939 W. Main St.
MAILING ADDRESS: 939 W. Main St.
CITY AND ZIP CODE: El Centro, CA 92243
BRANCH NAME: SUPERIOR COURT OF CALIFORNIA, COUNTY OF IMPERIAL - CENTRAL (EFILING)

PLAINTIFF/PETITIONER: Lloyd Rodriguez
DEFENDANT/RESPONDENT: Management & Training Corporation, a Delaware corporation

**PROOF OF SERVICE SUMMONS**

| CASE NUMBER: |
|---|
| ECU003495 |

Ref. No. or File No.:

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of: **Summons: Filed ; Civil Case Cover Sheet ; Complaint**

3. a. Party served (specify name of party as shown on documents served): **Management & Training Corporation, a Delaware corporation**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a): **CT CORPORATION, AGENT FOR SERVICE, BY SERVING, SARAI MARIN AUTHORIZED TO ACCEPT**

4. Address where the party was served: **330 N Brand Blvd Suite 700 Glendale, CA 91203**

5. I served the party (check proper box)
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: **9/4/2024** (2) at: **11:55 AM**
   b. [ ] **by substituted service.** On: at: I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents:
   on:   from:   or [ ] a declaration of mailing is attached.

Page 1 of 3

POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**

Invoice # 10326098

| PLAINTIFF/PETITIONER: Lloyd Rodriguez | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Management & Training Corporation, a Delaware corporation | ECU003495 |

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on:        (2) from:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (*Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

7. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* **Management & Training Corporation, a Delaware corporation**
      under the following Code of Civil Procedure section:

   ☒ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
       ☐ other:

8. **Person who served papers**
   a. Name: **Justin Kaul**
   b. Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
   c. Telephone number: **650-364-9612**
   d. **The fee** for service was: **$50.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
         (i) ☐ owner  ☐ employee  ☒ independent contractor.
         (ii) Registration No.: **478**
         (iii) County: **San Mateo**

| POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 2 of 3 |
|---|---|---|
| | | Invoice #: 10326098 |

| PLAINTIFF/PETITIONER: Lloyd Rodriguez | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT: Management & Training Corporation, a Delaware corporation | ECU003495 |

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

▶ *[signature]*

**Justin Kaul**          Date: **09/04/2024**