Veronica T. Hunter (SBN 259859)
JACKSON LEWIS P.C.
93 Red River Street, Suite 1150
Austin, Texas 78701
Telephone: (512) 362-7100
Facsimile:  (512) 362-5574
Veronica.Hunter@jacksonlewis.com

Attorneys for Defendant
MANAGEMENT & TRAINING CORPORATION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD RODRIGUEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>MANAGEMENT & TRAINING CORPORATION, a Delaware corporation; and DOES 1 to 50, inclusive,<br><br>  Defendants. | Case No.: **'24CV1782 WQHDDL**<br><br>**DECLARATION OF SERVICE**<br><br>[Imperial Superior Court Case No. ECU003495]<br><br>Action Filed:  April 22, 2024<br>Date Removed: October 4, 2024 |

I, the undersigned, say: I am over 18 years of age, employed in the County of Harris, State of Texas, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 717 Texas Avenue, Suite 1700, Houston, Texas 77002.

On October 4, 2024, I served the within documents:

1) **DEFENDANT MANAGEMENT & TRAINING CORPORATION'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1391(b), 1441(a) and (b) AND 1446;**

1

CASE NO. _____
DECLARATION OF SERVICE

2) **DECLARATION OF BRANDI HALEY IN SUPPORT OF DEFENDANT MANAGEMENT & TRAINING CORPORATION'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1391(b), 1441(a) and (b) AND 1446;**

3) **DECLARATION OF VERONICA T. HUNTER IN SUPPORT OF DEFENDANT MANAGEMENT & TRAINING CORPORATION'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1391(b), 1441(a) and (b) AND 1446;**

4) **CIVIL COVER SHEET;**

5) **DEFENDANT'S NOTICE OF PARTIES WITH FINANCIAL INTEREST; and**

6) **DEFENDANT MANAGEMENT & TRAINING CORPORATION'S CORPORATE DISCLOSURE STATEMENT.**

**(X)   BY ELECTRONIC FILING.** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

**(X)   BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below.

*<u>Counsel for Plaintiff</u>*
Louis Benowitz, Esq.                      Tel:   (818) 839-9610
BENOWITZ LAW CORPORATION      Email: Louis@BenowitzLaw.com
8605 Santa Monica Boulevard
PMB 79183
West Hollywood, CA  90069

CASE NO. _____
DECLARATION OF SERVICE

On **October 4, 2024**, I also caused to be filed a copy of **DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL** with the Clerk of the Court addressed as follows:

>Superior Court of California
>County of Imperial
>El Centro Courthouse
>939 West Main Street
>El Centro, California 92243

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare, under the penalty of perjury, under the laws of the United States of America and the state of Texas, that the foregoing is true and correct.

Executed on October 4, 2024, at Houston, Texas.

*/s/ Pamela E. Barbossa*
Pamela E. Barbossa