UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION, a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.:  24-cv-1782-WQH-DDL<br><br>**ORDER** |

HAYES, Judge:

On April 22, 2024, Plaintiff Lloyd Rodriguez ("Plaintiff") initiated this action by filing a Complaint in the Superior Court of the State of California for the County of Imperial alleging violations of the Fair Employment and Housing Act, California Government Code Section 12940(j)(1) and (k), and wrongful termination. (ECF No. 1-4.)

On October 4, 2024, Defendant Management & Training Corporation ("Defendant") removed the case to this Court and paid the filing fee. (ECF No. 1.) The docket reflects that Defendant did not attach or subsequently file any response to Plaintiff's Complaint.

On March 5, 2025, the Court issued an Order (ECF No. 4) providing Plaintiff with notice that, pursuant to Local Civil Rule 41.1—which provides for the dismissal of "[a]ctions or proceedings which have been pending in this court for more than six months,

without any proceeding or discovery having been taken therein," S.D. Cal. Civ. L.R. 41.1(a); *see also* Fed. R. Civ. P. 41(b)—the Court would dismiss this action without prejudice unless Plaintiff demonstrated cause as to why this case should not be dismissed for failure to prosecute. (ECF No. 4 at 2.)

The docket reflects that Plaintiff has made no filings since the issuance of the Court's Order.

IT IS HEREBY ORDERED that this action is dismissed without prejudice. The Clerk of the Court shall close this case.

Dated: April 15, 2025

Hon. William Q. Hayes
United States District Court